DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARIEN CHAMPAGNIE,**
Appellant,

v.

**CATHELINE GILLAUME,**
Appellee.

No. 4D2024-3094

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin R. Kanner, Judge; L.T. Case No. FMCE-21-016393.

Tasha M. Simmonds of Tasha Simmonds, P.A., Fort Lauderdale, for appellant.

Lisa Weber of The Law Office of Lisa Weber, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***